# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LARRY JOHNSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:04CV967-SNL |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Over the objection of defendants, plaintiff shall be granted additional time to respond to the motion for summary judgment filed by defendant Nels Moss.

**IT IS THEREFORE ORDERED** that plaintiff may have until December 14, 2005 in which to respond to defendant Nels Moss' motion for summary judgment.

Dated this __10th__ day of November, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE